UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTORY ASSISTANTS, INC. | : | CIVIL ACTION NO.: |
| Petitioner, | : | 3:12-cv-00987 (MRK) |
| V. | : | |
| | : | |
| HI-TECH TERMITE CONTROL OF THE BAY AREA, INC., | : | |
| | : | |
| Respondent. | : | SEPTEMBER 21, 2012 |

## **NOTICE**

The parties reached a settlement in principal in this matter today. The parties will keep the Court apprised of any developments and will file the withdrawal in due course.

PETITIONER,

By_____/s/____*Brett Boskiewicz*_____
Brett J. Boskiewicz, Esq. (CT25632)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
bboskiewicz@rc.com

**CERTIFICATION**

      I hereby certify that on September 21, 2012, a copy of foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                         _____/s/ Brett J. Boskiewicz_____
                                                                         Brett J. Boskiewicz, Esq. (CT25632)